```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cr-0212 AWI |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| GURMEET BISLA, | |
| Defendant. | |

Defendant GURMEET BISLA, by and through his attorneys, MARIO DISALVO and WOODROW NICHOLS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the September 10, 2012, sentencing hearing and reset the matter for September 24, 2012, at 10:00 a.m.

2. The parties stipulate that the continuance is necessary to allow BOP Dr. Kwanna Williamson to review the information and records submitted by Defendant's expert, Dr. Terrell. Dr. Williamson has been on leave and unable to review

1

the most recent submission.  Dr. Williamson is scheduled to return on Monday, September 24.

DATED: September 5, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney


/s/Mario DiSalvo
MARIO DISALVO/WOODROW NICHOLS
Attorneys for Defendant
GURMEET BISLA

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing date of September 10 is hereby vacated and is reset for September 24, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:    September 6, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2