| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARJEET MANN,<br>JASDEVE SINGH,<br>GURMEET SINGH BISLA, and<br>SUKHRAJ DHALIWAL,<br><br>Defendants. | CASE NO. 1:08-CR-00212-AWI<br><br>FINAL JUDGMENT OF FORFEITURE |

WHEREAS, on September 4, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the memorandum for entry of plea entered between plaintiff and defendant Jasdev Singh and based upon the Court's findings of fact and conclusions of law as well as evidence entered at the jury trial of defendant Harjeet Mann, Gurmeet Singh Bisla, and Sukhraj Dhaliwal; defendant Harjeet Mann, Jasdev Singh, Gurmeet Singh Bisla, and Sukhraj Dhaliwal shall forfeit to the United States the following property:

a) Approximately $169,910.00 in United States Currency seized on or about March 26, 2009;

b) Approximately $101,763.70 in United Sates Currency seized on or about June 26, 2008;

c) Approximately $739,394.00 in United States Currency seized on or about June 20, 2008.

FINAL ORDER OF FORFEITURE

AND WHEREAS, Beginning September 10, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right, title, and interest of defendants Harjeeet Mann, Jasdev Singh, Gurmeet Singh Bisla, and Sukhraj Dhaliwal.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United Sates Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   December 6, 2013                    _____
                                              SENIOR DISTRICT JUDGE